UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE JOSEPH P. LAVERY,<br><br>　　　　Plaintiff, | Case No.   16-cv-2331-TEH<br><br>ORDER OF DISMISSAL<br><br>Dkt. No. 5 |
|---|---|

　　This case was opened when Plaintiff wrote a letter to the Court regarding prison conditions.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

　　Plaintiff has filed a motion to appoint counsel but has not filed a complaint or IFP application.  This case is therefore DISMISSED without prejudice.  The motion to appoint counsel (Docket No. 5) is DENIED.  No fee is due.

United States District Court
Northern District of California

    The clerk shall close the file.

    IT IS SO ORDERED.

Dated: 6/8/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\Lavery2331.dis-ifp.docx

2