UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JOSEPH P. LAVERY,<br><br>      Plaintiff, | Case No. 16-cv-2331-TEH<br><br>JUDGMENT |

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against Plaintiff.

IT IS SO ORDERED.

Dated: 6/8/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\Lavery2331.jud.docx